# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rose, Thomas M. | U.S. District Ct., S.D. Ohio | 5/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

200 West Second Street
9th Floor, Federal Building
Dayton, OH 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Rose and Buerger Farms LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976 | Public Employees Retirement System, no control, retirement |
| 2. | 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Ohio Public Employee Retirement System (Retirement) | $93,430.80 |
| 2. 2019 | Northwestern IRA Distribution (RMD) | $13,392.48 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Ohio Public Employee Retirement System (Retirement) Co., OH/State of Ohio- Greene County Clerk of Courts/Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin Co Hosp Rev Bond 11/1/23 (3531867K9) | A | Dividend | | | Redeemed | 11/01/19 | J | A | |
| 2. Chillicothe Ohio School Bonds (169196JZ6) | A | Dividend | J | T | | | | | |
| 3. Akron OH G.O. Bond 12/1/30 (010033P51) | A | Dividend | J | T | | | | | |
| 4. American Muni Power (02765UKH6) Rev Bond | A | Dividend | K | T | | | | | |
| 5. Cincinnati, OH Economic Dev Bonds (172254HX5) | A | Dividend | J | T | | | | | |
| 6. Cincinnati, OH Urban Redev Bonds (172309BA3) | A | Dividend | K | T | | | | | |
| 7. Coventry Ohio Local School District Bonds (222867DD2) | A | Dividend | J | T | | | | | |
| 8. Alerian MLP ETF | A | Interest | | | Sold | 08/12/19 | J | A | |
| 9. Deerfield Twp Ohio Tax Bonds (244570DC8) | A | Dividend | J | T | | | | | |
| 10. Johnson-Monroe Local School Dist (479545CQ6) | A | Dividend | J | T | | | | | |
| 11. Ohio University General Receipts Bonds (671104A40) | A | Dividend | J | T | | | | | |
| 12. Warrenville Heights Bonds (936113AU3) | A | Dividend | K | T | | | | | |
| 13. Key Bank | A | Dividend | J | T | | | | | |
| 14. Columbus, OH G.O. Bonds (199492WY1) | A | Dividend | K | T | | | | | |
| 15. Ohio St. High Ed Fac. Comm Bond (67756AR46) KENI/ON | A | Dividend | K | T | | | | | |
| 16. Carnival Cruise Lines | A | Dividend | J | T | | | | | |
| 17. Red Hat | A | Dividend | | | Sold | 07/10/19 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rose, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 19. Thornburg Value Fund Class A Re/Re/Re 50586 | A | Dividend | K | T | | | | | |
| 20. Thornburg Invest. Income Class A 50590 | B | Dividend | K | T | | | | | |
| 21. Johnson and Johnson | A | Dividend | K | T | | | | | |
| 22. Caterpillar | A | Dividend | K | T | | | | | |
| 23. Facebook Common Stock | A | Dividend | K | T | | | | | |
| 24. Cisco | A | Dividend | K | T | Sold<br>(part) | 12/03/19 | J | A | |
| 25. Vanguard ETF | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 26. SPDR ETF | A | Dividend | J | T | Buy | 08/12/19 | J | | |
| 27. Tyson | A | Dividend | J | T | Buy | 12/30/19 | J | | |
| 28. Cortera | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 29. Timkin | A | Dividend | J | T | | | | | |
| 30. Akamai | A | Dividend | K | T | | | | | |
| 31. Dow Dupont, Inc. FKA Dow Chemical | A | Dividend | J | T | | | | | |
| 32. Campbell Soup | A | Dividend | J | T | | | | | |
| 33. Nordstrom, Inc. | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 34. TJX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rose, Thomas M.** | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Alcoa | A | Dividend | | | Sold | 11/29/19 | J | A | |
| 36. Bank New York Mellon | A | Dividend | | | Sold | 11/29/19 | J | A | |
| 37. Fidelity Advisor Mid Capp II Fund FLLMX | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 38. Fidelity Advisor New Insights Fund Class FINSX 316071604 | A | Dividend | K | T | Sold (part) | 10/17/19 | J | A | |
| 39. New World Fund Class F-2 NFFFX 649280823 | A | Dividend | K | T | | | | | |
| 40. Deutsche (DWS) Ehance Commodity Strategy Fund Inst. SKIRX 25159L836 | A | Dividend | K | T | | | | | |
| 41. The Oakmark International Fund OAKIX 413838202 | A | Dividend | K | T | | | | | |
| 42. MFS Value Fund Class MEIIX 552983694 | A | Dividend | K | T | Sold (part) | 10/17/19 | J | A | |
| 43. Dreyfus Ins. Deposit DIDI | A | Dividend | J | T | | | | | |
| 44. T Rowe Price Real Estate TRREX | A | Dividend | | | Sold | 03/18/19 | K | A | |
| 45. Northern Small Cap Value Fund NOSGX 665162400 | A | Dividend | J | T | | | | | |
| 46. Pimco Income Fund Class PONPX 72201M719 | B | Dividend | K | T | Sold (part) | 10/17/19 | J | A | |
| 47. Europacific Growth Fund (Am Imos) AEPFX 29875E100 | A | Dividend | K | T | | | | | |
| 48. Principal Real Estate Securities 74253Q580 | A | Dividend | K | T | Buy | 03/19/19 | K | | |
| 49. Principal Global Mult. Strategy Fund 74255L696 | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 50. Am. Century Short Duration Fund 024932774 | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 51. Baron Asset Fund Inst. Class 068278605 | A | Dividend | J | T | Buy | 03/19/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Goldman Sachs Absolute Fund38145N220 | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 53. Goldman Sachs Int Sm Cap Investor Gicix | A | Dividend | J | T | | | | | |
| 54. TIAA - CREF Bond Advisor TIBHX 87245P718 | A | Dividend | K | T | Sold (part) | 08/19/19 | J | A | |
| 55. Dodge & Cox Income Fund DODIX 256210105 | A | Dividend | K | T | Sold (part) | 10/17/19 | J | A | |
| 56. Hartford World Bond Fund HWDIX 41664M235 | A | Dividend | J | T | Sold (part) | 08/19/19 | J | A | |
| 57. John Hancock Discp Fund JVMIX 47803W406 | A | Dividend | K | T | | | | | |
| 58. Mahoning Co. Swr System (560072CE8) | A | Dividend | K | T | | | | | |
| 59. County of Hamilton GO Bond (40727TCT9) | A | Dividend | K | T | | | | | |
| 60. Franklin, Ohio Cty School Bond (354172HUS) | A | Dividend | K | T | | | | | |
| 61. Ohio State Hosp Fac Rev Bond (67756IKP6) | A | Dividend | K | T | | | | | |
| 62. Chillicothe Hosp Fac Bond (169203AJ5) | A | Dividend | J | T | | | | | |
| 63. Lancaster, Ohio City School Bonds (514264DP2) | A | Dividend | J | T | | | | | |
| 64. Hamilton Co. Hsp. Bond 40727ZS53 | A | Dividend | K | T | Buy | 11/22/19 | K | | |
| 65. Lorain Oh. G.O. Bond 5436893U5 | A | Dividend | K | T | Buy | 02/01/19 | K | | |
| 66. Ravenna Oh. Bond 754361BE2 | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 67. Upper Arlington Sch 915506MS5 | A | Dividend | K | T | Buy | 10/30/19 | K | | |
| 68. Burkshire Hathaway BRKB | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Little Miami Ohio Loc Sch Bonds (537292MN1) | A | Dividend | K | T | | | | | |
| 70. Carlyle Group LP (CG) | A | Dividend | J | T | | | | | |
| 71. Ohio St Higher Education Fac Com 67756DHG4 | A | Dividend | J | T | | | | | |
| 72. Boenning and Scattergood Cash fka SweeneyCartwright Cash | C | Interest | M | T | | | | | |
| 73. Rose and Buerger Farms LLP | A | Distribution | K | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas M. Rose**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544